CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

MAY 19 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| TIMOTHY L. CAMPBELL, JR., | ) | |
| Plaintiff, | ) | Civil Action No. 7:08cv00321 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| FRANK DULL, et al., | ) | By: Hon. Glen E. Conrad |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

## ADJUDGED AND ORDERED

that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1). Any pending motions are hereby **DENIED** as **MOOT**, and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and accompanying memorandum opinion to plaintiff.*

ENTER: This 19th day of May, 2008.

/s/ Glen Conrad
United States District Judge

---

* Plaintiff is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 30 days of the date of entry of this order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).